B6 Summary (Official Form 6 - Summary) (12/07)



# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DISTRICT DIVISION

In re *John Akrabian and Marine Akrabian*　　　　　　　　Case No. *2:10-bk-61058-AA*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter *13*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 547,000.00 | | |
| B-Personal Property | Yes | 3 | $ 56,947.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 1,292,837.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 279,713.66 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,113.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,605.00 |
| TOTAL | | 18 | $ 603,947.00 | $ 1,572,550.66 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DISTRICT DIVISION

In re *John Akrabian and Marine Akrabian*                    Case No. *2:10-bk-61058-AA*
                                                             Chapter  *13*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C.  § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *4,113.00* |
| Average Expenses (from Schedule J, Line 18) | $ *3,605.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *4,415.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *754,846.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *279,713.66* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *1,034,559.66* |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _John Akrabian and Marine Akrabian_ _____      Case No. _2:10-bk-61058-AA_
                    Debtor                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __19__ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _12/13/2010_            Signature _John W. Akrabian_
                                        John Akrabian

Date: _12/13/2010_            Signature _____
                                        Marine Akrabian

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:  _Lily Artiga_                    Social security No. : _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_
           _809 West Avenue J_

           _Lancaster Ca  93534_

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:
_None_

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _Lily Artiga_                            Date: _12-13-10_
   Lily Artiga

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**FORM B6A (Official Form 6A) (12/07)**

In re _John Akrabian and Marine Akrabian_ _____ ,   Case No. _2:10-bk-61058-AA_

Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include intsrests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest In Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Single Family Resesdience_ _15543 Calle Hermosa_ _Santa Clarita, Ca 91390_ | _Fee Simple_ | W | $ 135,000.00 | $ 135,000.00 |
| _Single Family Residence_ _First Loan_ _48304 85th. Street West_ _Lancaster, Ca 93536_ | _Fee Simple_ | W | $ 220,000.00 | $ 220,000.00 |
| _Bank of America Home Loans_ _Single Family Residence_ _1238 West Avneue H-6_ _Lancaster, CA 93534_ | _Fee Simple_ | W | $ 169,000.00 | $ 169,000.00 |
| _Vacant Land APN #3103-023-011_ _Tract No. 11921 Lot 10._ _Lancaster, Ca_ | _Fee Simple_ | W | $ 20,000.00 | $ 0.00 |
| _Vacant Land APN 473-200-21-0-7_ _2.60 Ac. in Kern County_ | _Fee Simple_ | J | $ 3,000.00 | $ 0.00 |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)

_547,000.00_

B6B (Official Form 6B) (12/07)

In re **John Akrabian and Marine Akrabian** _____ ,    Case No. *2:10-bk-61058-AA*
                     Debtor(s)                                                                      (if known)

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on Hand*<br>*Location: In debtor's possession* | C | $ 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *California Bank and Trust*<br>*Acct. 3010654936*<br>*Location: In debtor's possession* | C | $ 255.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Houshold Furniture*<br>*TV, Washer and Dryer, Stove, Dishwasher,*<br>*Microwave, Living Room Set, Bedroom Set.*<br>*Location: In debtor's possession* | C | $ 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothing for Family*<br>*Location: In debtor's possession* | C | $ 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re _John Akrabian and Marine Akrabian_ _____,     Case No. _2:10-bk-61058-AA_
                          Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _Toyota Motor Credit Co._ _P. O. Box 22202_ _Owings Mills, md 21117-1397_ _Location: Unknown_ | J | $ 39,676.00 |

Page __2__ of __3__

B6B (Official Form 6B) (12/07)

In re _John Akrabian and Marine Akrabian_                    ,    Case No. _2:10-bk-61058-AA_
                    Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Toyota Motor Credit Co.<br>2008  Toyota Prious<br><br>Location: In debtor's possession | H | $ 13,991.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__                                                   Total ➡    $ 56,947.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _John Akrabian and Marine Akrabian_ _____,    Case No. _2:10-bk-61058-AA_
    Debtor(s)                                                                              (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Bank of America Home Loans | Calif. C.C.P. §704.730(a)(2) | $ 31,419.00 | $ 169,000.00 |
| Cash on Hand | Calif. C.C.P. §704.080(b)(1) | $ 25.00 | $ 25.00 |
| California Bank and Trust | Calif. C.C.P. §704.080(b)(1) | $ 0.00 | $ 255.00 |
| Houshold Furniture | Calif. C.C.P. §704.020(a) | $ 2,500.00 | $ 2,500.00 |
| Clothing for Family | Calif. C.C.P. §704.020(a) | $ 500.00 | $ 500.00 |
| Toyota Motor Credit Co. | Calif. C.C.P. §704.010 | $ 2,725.00 | $ 13,991.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _John Akrabian and Marine Akrabian_ _____ ,   Case No. _2:10-bk-61058-AA_
                          **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: _5318_<br><br>**_Creditor # : 1_**<br>**_Bank of America Home Loans_**<br>**_P. O. Box 5170_**<br>**_Simi Valley CA 93062-5170_** | W | 11/29/2010<br>**_2nd. Deed of Trust_**<br>**_Bank of America Home Loans_**<br>**_2nd. Deed on property_**<br>**_1238 W. Avenue H6_**<br><br>Value: **_$ 169,000.00_** | | | | X | **$ 207,415.00** | **$ 175,996.00** |
| Account No: _4916_<br><br>**_Creditor # : 2_**<br>**_Bank of America Home Loans_**<br>**_P. O. Box 5170_**<br>**_Simi Valley CA 93062-5170_** | J | 11/29/2010<br>**_Deed of Trust_**<br>**_First Trust Deed_**<br>**_1238 W. Avenue H-6_**<br>**_Lancaster, Ca 93534_**<br><br>Value: **_$ 169,000.00_** | | | | | **$ 137,581.00** | **$ 0.00** |
| Account No: _703_<br><br>**_Creditor # : 3_**<br>**_Bank of America Home Loans_**<br>**_P. O. Box 5170_**<br>**_Simi Valley CA 93062-5170_** | W | 11/29/10<br>**_Deed of Trust_**<br>**_First Trust Deed on_**<br>**_48304 85th. Street West_**<br>**_Lancaster, Ca 93536_**<br><br>Value: **_$ 220,000.00_** | | | | X | **$ 479,050.00** | **$ 259,050.00** |

_1_   continuation sheets attached

Subtotal $ **$ 824,046.00** | **$ 435,046.00**
(Total of this page)
Total $
(Use only on last page)

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re <u>John Akrabian and Marine Akrabian</u>              ,          Case No. <u>2:10-bk-61058-AA</u>
                        **Debtor(s)**                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 9711<br>Creditor # : 4<br>Bank of America<br>P. O. Box 30750<br>Los Angeles CA 90030-0750 | W | 12/12/2010<br>2nd. Deed of Trust<br>Bank of America Home Loans<br>2nd. Deed of Trust<br>48304 85th. Street<br><br>Value: $ 220,000.00 | | | | $ 119,800.00 | $ 119,800.00 |
| Account No: 2642<br>Creditor # : 5<br>Green Tree Services,LLC<br>Its Affiliates and /or Assigns<br>P. O. Box 979282<br>Miami FL 33197-9282 | W | 12/12/20010<br>1st Deed of Trust<br>Address Information Only<br>on property at<br>15543 Calle Hermosa<br><br>Value: $ 135,000.00 | | | | $ 0.00 | $ 0.00 |
| Account No: 2642<br>Creditor # : 6<br>Green Tree Services,LLC<br>Its Affiliates and /or Assigns<br>345 St. Peter Street<br>Saint Paul MN 55102 | W | 11/29/10<br>First Trust Deed<br>1st. Trusgt Deed on<br>15543 Calle Hermosa<br>Santa Clarita, Ca<br><br>Value: $ 135,000.00 | | | X | $ 335,000.00 | $ 200,000.00 |
| Account No: 7713<br>Creditor # : 7<br>Reconstruct Company<br>1800 Tapo Canyon Rd.<br>CA 6-914-01-94<br>Simi Valley CA 93063 | W | 11/29/2010<br>Deed of Trust<br><br><br><br>Value: $ 135,000.00 | | | | $ 0.00 | $ 0.00 |
| Account No: 0001<br>Creditor # : 8<br>Toyota Motor Credit Co.<br>440 E. Huntington Dr.<br>Arcadia CA 91006 | J | 12/12/2010<br>Auto laon<br>2008  Toyota Prius<br><br><br>Value: $ 13,991.00 | | | | $ 13,991.00 | $ 0.00 |
| Account No: | | Value: | | | | | |

Sheet no. 1   of 1   continuation sheets attached to Schedule of Creditors          **Subtotal $**          $ 468,791.00          $ 319,800.00
Holding Secured Claims                                                          (Total of this page)
                                                                              **Total $**          $ 1,292,837.00          $ 754,846.00
                                                                              (Use only on last page)
                                                                              (Report also on Summary of    (If applicable, report also on
                                                                              Schedules )                   Statistical Summary of
                                                                                                            Certain Liabilities and
                                                                                                            Related Data)

B6E (Official Form 6E) (04/10)

In re _John Akrabian and Marine Akrabian_ _____,        Case No. _2:10-bk-61058-AA_
                     **Debtor(s)**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re **John Akrabian and Marine Akrabian**                                 ,                    Case No. **2:10-bk-61058-AA**
                   **Debtor(s)**                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  **5651**<br><br>*Creditor # :  1*<br>*Advanta Bank Corporation*<br>*11850  So. Election Dr.*<br>*Draper UT 84020* | **J** | **12/2010**<br><br>Revolving Accou nt | | | | $ 20,338.00 |
| Account No:  **-547**<br><br>*Creditor # :  2*<br>*Allstate Insruance*<br>*P. O. Box 660642*<br>*Dallas TX 75266-0642* | **C** | **12/12/2010**<br><br>Services<br>Premium Insurance co.<br>Car Polizy | | | | $ 768.51 |
| Account No:  **2005**<br><br>*Creditor # :  3*<br>*AMerican Express*<br>*P. O. Box 981535*<br>*El Paso TX 79998-1531* | **J** | **12/12/2010**<br><br>Revolving Accou nt | | | | $ 4,073.00 |
| Account No:  **1006**<br><br>*Creditor # :  4*<br>*AMerican Express*<br>*P. O. Box 981535*<br>*El Paso TX 79998-1531* | **J** | **12/2010**<br><br>Revolving Accou nt | | | | $ 3,910.12 |

_5_ continuation sheets attached                                             **Subtotal $**            | $ 29,089.63 |

                                                                 **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _John Akrabian and Marine Akrabian_ _____ ,    Case No. _2:10-bk-61058-AA_
　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0313<br>_Creditor # : 5_<br>_AMEX_<br>_P. O. BOX 7871_<br>_Fort Lauderdale FL 33329_ | | J | 12/12/2010<br>_Revolving Accou nt_ | | | | $ 6,968.00 |
| Account No:    2786<br>_Creditor # : 6_<br>_Associated Recovery Systemes_<br>_A Division of ARS national Ser_<br>_P. O. Box 469046_<br>_Escondido CA 92046-9046_ | | C | 12/12/2010<br>_Collection Agency_<br>_Original Creditor:_<br>_Bank of America_<br>_Acct. 5490352999912059_ | | | | $ 0.00 |
| Account No:    3978<br>_Creditor # : 7_<br>_Awa Collect_<br>_P. O. Box 6605_<br>_Orange CA 92863_ | | C | 12/12/2010<br>_Medical Bills_<br>_Medical payment Data_ | | | | $ 483.00 |
| Account No:    2059<br>_Creditor # : 8_<br>_Bank of America_<br>_P. O. Box 17054_<br>_Wilmington DE 19884_ | | C | 12/12/2010<br>_Revolving Accou nt_ | | | | $ 16,213.00 |
| Account No:    636<br>_Creditor # : 9_<br>_Bank of America_<br>_P. O. Box 17054_<br>_Los Angeles CA 90030-0750_ | | C | 12/12/2010<br>_Revolving Accou nt_ | | | | $ 38,177.00 |
| Account No:    0217<br>_Creditor # : 10_<br>_Bank of America/Solis Financia_<br>_475 CrossPoint Parkway_<br>_P. O. Box 9000_<br>_Getzville NY 14068-9000_ | | W | 11/20/2010<br>_Line of Credit_<br>_2nd. Deed of Trust_<br>_15543 Calle Hermosa_<br>_Santa Clarita, Ca 91390_ | | | X | $ 55,000.00 |

Sheet No. _1_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ┊ $ 116,841.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _John Akrabian and Marine Akrabian_ _____ ,      Case No. _2:10-bk-61058-AA_
                    **Debtor(s)**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Satoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   *2901*<br>*Creditor # : 11*<br>*California Business Bureau*<br>*1711 So. Mountain Ave.*<br>*Monrovia CA 91016* | C | *12;12;2010*<br>*Medical Payment* | | | | *$ 1,061.00* |
| Account No:   *2444*<br>*Creditor # : 12*<br>*Certegy Payment Recover Serrvi*<br>*11601 Roosevelt blvd.*<br>*Saint Petersburg FL 33716* | W | *12/12/2010*<br>*Charge Off*<br>*Original Creditor*<br>*Ross Store 158*<br>*Check # 000007* | | | | *$ 288.92* |
| Account No:   *4131*<br>*Creditor # : 13*<br>*Chase Charge Account*<br>*P. O. Box 9180*<br>*Pleasanton CA 94566* | C | *12/12/2010*<br>*Revolving Accou nt* | | | | *$ 3,534.00* |
| Account No:   *2035*<br>*Creditor # : 14*<br>*Citi*<br>*P. O.  Box 6241*<br>*Sioux Falls SD 57117-5943* | C | *12/12/2010*<br>*Revolving Accou nt* | | | | *$ 9,934.00* |
| Account No:   *2599*<br>*Creditor # : 15*<br>*Citi Dividend American Express*<br>*P. O. Box 6415*<br>*The Lakes NV 88901-6415* | C | *12/12/2010*<br>*Revolving Accou nt*<br>*Collection Agency*<br>*Capital Management sErvices, LP*<br>*726 Exchange Street* | | | | *$ 14,132.00* |
| Account No:   *8498*<br>*Creditor # : 16*<br>*Discover Financial Services*<br>*Bishop White & Marshall Ps*<br>*720 Olive Way, Ste. 1301*<br>*Seattle WA 98101      –* | C | *12/12/2010*<br>*Revolving Accou nt*<br>*Discover Bank Issuer of the*<br>*Discover Card*<br>*Re:   John Akrabian* | | | | *$ 14,826.00* |

Sheet No.  _2_ of   _5_ continuation sheets attached to Schedule of           Subtotal $   *$ 43,775.92*

Creditors Holding Unsecured Nonpriority Claims                                   Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **John Akrabian and Marine Akrabian**                                           ,           Case No. _2:10-bk-61058-AA_
                        **Debtor(s)**                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *1996*  <br> *Creditor # : 17* <br> *Discover Financial Services* <br> *P. O. Box 3008* <br> *New Albany OH 43054-3008* | | C | *12/12/2010* <br> *Revolving Accou nt* | | | | $ 6,308.00 |
| Account No:   *2902*  <br> *Creditor # : 18* <br> *First National Collection Bure* <br> *610 Waltham Way* <br> *Sparks NV 89434* | | C | *12/12/2010* <br> *Collection Acct.* <br> *Original Creditor* <br> *Direct TV* | x | | | $ 53.14 |
| Account No:   *1372*  <br> *Creditor # : 19* <br> *GMC Credit Services* <br> *1930 Thoreau Dr.,* <br> *St. 100* <br> *Schaumburg IL 60173-4179* | | W | *12/12/2010* <br> *Collection Acct.* <br> *Original Creditor:* <br> *American Express Bank FSB* <br> *Acct. 376730358802005* | | | | $ 4,994.00 |
| Account No:   *00-7*  <br> *Creditor # : 20* <br> *KCTTC Payment Center* <br> *1115 Truxtun Avenue* <br> *2nd. Floor* <br> *Bakersfield CA 93301-4640* | | C | *12/12/2010* <br> *Property Taxes* <br> *Property Taxes* | | | | $ 2,934.00 |
| Account No:   *3011*  <br> *Creditor # : 21* <br> *Los Angeles County Tax Collect* <br> *500 West Temple Street* <br> *Los Angeles CA 90012* | | C | *12/12/2010* <br> *L.A. County Taxes* <br> *Vacant Land  Property Taxes* <br> *for the years* <br> *2009 and 20010* | | | | $ 0.00 |
| Account No:   *1999*  <br> *Creditor # : 22* <br> *Los Angeles Superior Court* <br> *County fo Los Angeles* <br> *42011 4th. Street West* <br> *Lancaster CA 93534* | | W | *12/12/2010* <br> *Fine plus fees* <br> *Case No.   : 69613 KP-KP 1999* | | | | $ 538.00 |

Sheet No.   _3_ of   _5_ continuation sheets attached to Schedule of               Subtotal $            $ 14,827.14

Creditors Holding Unsecured Nonpriority Claims                                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Akrabian and Marine Akrabian_                    ,    Case No. _2:10-bk-61058-AA_

Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    2599<br>Creditor # : 23<br>LVNV Funding, LLC<br>P. O.  Box 740281<br>Houston TX 77274 | C | 12/12/2010<br>Collection Agency<br>Origi8nal Creditor<br>CitiBank<br>P. O. Box 6241 | | | | $ 18,901.00 |
| Account No:    4674<br>Creditor # : 24<br>NCO Group Fin. Systems<br>P. O. Box 182965<br>Columbus OH 43218-2676 | C | 12/12/2010<br>Medical Payment Data<br>Medical Bill | | | | $ 483.00 |
| Account No:<br>Creditor # : 25<br>OX Collection<br>Direct TV | C | | | | | $ 0.00 |
| Account No:    2599<br>Creditor # : 26<br>Protocol Recovery Servixces<br>509 Mercer Ave.<br>Panama City FL 32401-2631 | C | 12/12/2010<br>Collection Co.<br>Original Creditor:<br>LVNV Funding LLC<br>Acct. 6002197186 | | | | $ 0.00 |
| Account No:    2005<br>Creditor # : 27<br>Second Round LP<br>American Express Centurion Ban<br>P. O. Box 297871<br>Fort Lauderdale FL 33329 | C | 12/12/2010<br>Collection Agency<br>Original Creditor:<br>American Express Centurion Ban<br>Loan No.   ; 376730358802005 | | | | $ 0.00 |
| Account No:    5142<br>Creditor # : 28<br>Southwest Credit<br>4120 International Pkwy.<br>Ste. 1100<br>Carrollton TX 75007-1958 | C | 12/12/2010<br>Services and Merchandise<br>Original Creditor:<br>ATT Mobility Precollect West<br>Consumer | | | X | $ 1,318.73 |

Sheet No.   4  of   5  continuation sheets attached to Schedule of            Subtotal $        $ 20,702.73

Creditors Holding Unsecured Nonpriority Claims                               Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _John Akrabian and Marine Akrabian_____,     Case No._2:10-bk-61058-AA___
                          Debtor(s)                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **R012**<br>_Creditor # : 29_<br>_Toyota Financial Serv_<br>_P. o. Box 22202_<br>_Owings Mills MD 21117-1397_ | | C | 10/14/2008 | | | | $ 39,676.24 |
| Account No: **1751**<br>_Creditor # : 30_<br>_World Points_<br>_Bank of America_<br>_P. O. Box 15716_<br>_Wilmington DE 19886-5716_ | | C | 12/12/2010<br>_Revolving Accou nt_<br>_Original Creditors_<br>_Bank of America_ | | | | $ 14,801.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __5__ of __5__ continuation sheets attached to Schedule of         **Subtotal $** | $ 54,477.24

Creditors Holding Unsecured Nonpriority Claims            **Total $** | $ 279,713.66

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _John Akrabian and Marine Akrabian_ _____ / Debtor    Case No. _2:10-bk-61058-AA_
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _John Akrabian and Marine Akrabian_ _____ / Debtor     Case No. _2:10-bk-61058-AA_
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6J(Official Form 6J)(12/07)

In re <u>John Akrabian and Marine Akrabian</u> _____ ,    Case No. <u>2:10-bk-61058-AA</u>
                              **Debtor(s)**                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) .................. | $ | 2,100.00 |
|    a. Are real estate taxes included?  Yes ☒ No ☐ | | |
|    b. Is property insurance included?  Yes ☒ No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 60.00 |
|    b. Water and sewer | $ | 30.00 |
|    c. Telephone | $ | 190.00 |
|    d. Other   *Time Warner* | $ | 30.00 |
|    Other ................................................................. | $ | 0.00 |
| 3. Home maintanance (repairs and upkeep) .................................... | $ | 20.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 35.00 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. .............. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's .................................... | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health .................................... | $ | 35.00 |
|    d. Auto | $ | 78.00 |
|    e. Other .................................... | $ | 0.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 377.00 |
|    b. Other: | $ | 0.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others .......................... | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) ........ | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|    Other: .................................... | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 3,605.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 4,113.00 |
|    b. Average monthly expenses from Line 18 above | $ | 3,605.00 |
|    c. Monthly net income (a. minus b.) | $ | 508.00 |

B6I (Official Form 6I) (12/07)

In re _John Akrabian and Marine Akrabian_ _____ ,   Case No. _2:10-bk-61058-AA_
                 **Debtor(s)**                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: *Married* | RELATIONSHIP(S): *Daugher* *Daughter* | | AGE(S): *16 year* *15 year* |

| EMPLOYMENT: | DEBTOR | SPOUSE | |
|---|---|---|---|
| Occupation | *Mechanic* | *Unemployed* | |
| Name of Employer | *Expert Automotive, Inc.* | | |
| How Long Employed | *4 years* | | |
| Address of Employer | *P. O. Box 803* *Rosamond CA  93560* | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | *2,615.00* | $ | *0.00* |
| 2. Estimate monthly overtime | $ | *0.00* | $ | *0.00* |
| 3. SUBTOTAL | $ | *2,615.00* | $ | *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | *302.00* | $ | *0.00* |
|   b. Insurance | $ | *0.00* | $ | *0.00* |
|   c. Union dues | $ | *0.00* | $ | *0.00* |
|   d. Other  (Specify): | $ | *0.00* | $ | *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *302.00* | $ | *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *2,313.00* | $ | *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| 8. Income from real property | $ | *0.00* | $ | *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ | *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| 11. Social security or government assistance | | | | |
|   (Specify): *Unemployment* | $ | *0.00* | $ | *1,800.00* |
| 12. Pension or retirement income | $ | *0.00* | $ | *0.00* |
| 13. Other monthly income | | | | |
|   (Specify): | $ | *0.00* | $ | *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *0.00* | $ | *1,800.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | *2,313.00* | $ | *1,800.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | *4,113.00* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CENTRAL DISTRICT DIVISION

In re: *John Akrabian*
    and
    *Marine Akrabian*

Case No. *2-bk-61058-AA*

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE | | |
|---|---|---|---|---|
| Year to date: | December | Husband Income === | Employer | $ 32,230.40 |
| 10, 2010 | | Wife Income | Employer | $ 8,000.00 |
| Year To Date | December | Husband Income | Employer | $ 35,000.00 |
| 10, 2010 | | Wife Income | Employment $ | 5,860.00 |
| Last Year: | 2009 | Husband Income | Employment | $ 31,429.00 |
| Last Year | 2009 | Wife Income | Employment $ | 0.00 |
| Year Prior | 2008 | | | |
| Year Pior | 2008 | | | |

---

### 2. Income other than from employment or operation of business

None ☒    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

Form 7 (04/10)

a joint petition is not filed.)

## 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Discover Bank v. John Akravian Case O. 09C03455* | *Civil* | *Los Angeles Supeiror Ct. 42011 4th. Street W. Lancaster, Ca 93534* | *Judgement against Debrtor $16,128.00* |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF<br>REPOSSESSION<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:*       *Toyota*<br>*Financial Serv.*<br>*Address:*    *P. O. Box 22202*<br>*Owings*<br>*Mills, MD 21117-1397* | *10/14/2008* | *Description:    2007 Toyota Avalaon*<br>*Value:    39,676.24* |

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Lily Artiga*<br>*Address:*<br>*809 West Avenue J*<br>*Lancaster, Ca 93534* | *Date of Payment:*<br>*Payor: John Akrabian* | *$0.00* |
| *Payee:   Alliiance Credit*<br>*Corporation*<br>*Address:   1377 Ballantyne*<br>*Corp*<br>*TLD, Ste.*<br>*100* | *Date of Payment:   12-12-2010*<br>*Payor:   Debtors* | *$36.00* |

Form 7 (04/10)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Charlotte,*

*NC 25277*

### 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Form 7 (04/10)

## 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law;

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning end ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

Form 7 (04/10)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 12/13/2010        Signature _____
                       of Debtor

Date 12/13/2010        Signature _____
                       of Joint Debtor
                       (if any)

Form 7 (04/10)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Lily Artiga**                                                    **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**

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

**809 West Avenue J**

~~Lancaster, CA. 93534~~
Address

X _____           _12-13-10_
Signature of Bankruptcy Petition Preparer                     Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**NONE**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DISTRICT DIVISION

In re *John Akrabian and Marine Akrabian*

Case No. *2:10-bk-61058-AA*
Chapter   *13*

_____ / Debtor

## CHAPTER 13 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** *None* | **Describe Property Securing Debt :** |
|---|---|

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** *None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes    ☐ No |
|---|---|---|

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 12 | 13 | 2010      Debtor: _____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DISTRICT DIVISION

In re *John Akrabian and Marine Akrabian*                Case No. *2:10-bk-61058-AA*
                                                         Chapter  *13*

_____ / Debtor

## CHAPTER 13 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate.
Attach additional pages if necessary.)

**Property No.** *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Green Tree Services, LLC* | *Green Tree LLC* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain *Short Sale* _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

**Property No.** *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Green Tree Services, LLC* | *Green Tree LLC* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain *Short Sale* _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name :**<br>*Reconstrust Company* | **Describe Property Securing Debt :**<br>*Green Tree LLC* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain __*Short Sale*_____     (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name :**<br>*Bank of America Home Loans* | **Describe Property Securing Debt :**<br>*Bank of America Home Loans* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain __*In process of Short Sale*_____     (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes          ☐ No |

**Signature of Debtor(s)**

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: __12/13/2010__          Debtor: _____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CENTRAL DISTRICT DIVISION

In re *John Akrabian and Marine Akrabian*          Case No. *2:10-bk-61058-AA*
                                                   Chapter  *13*

_____ / Debtor

## CHAPTER 13 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate.
Attach additional pages if necessary.)

---

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Bank of America Home Loans* | *Bank of America Home Loans* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

---

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Toyota Motor Credit Co.* | *Toyota Motor Credit Co.* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

---

B 8 (Official Form 8) (12/08)

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 12/13/2010        Debtor: _____

Date: 12/13/2010        Joint Debtor: _____

B 8 (Official Form 8) (12/08)

FORM B8 (12/08)

## DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_Lily Artiga_

_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_

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No. (Required under 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal,*
*responsible person or partner who signs this document.*

_809 West Avenue J_

_Lancaster Ca    93534_

Address

X
_Lily Artiga_

Signature of Bankruptcy Petition Preparer

_/2-/5-/0_
Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

_None_

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*



**U.S. Department of Justice**

Office of the United States Trustee
Central District of California

Issued: February 25, 2003

## UNITED STATES TRUSTEE
## CENTRAL DISTRICT OF CALIFORNIA

### *AMENDED BANKRUPTCY PETITION PREPARER GUIDELINES*

In accordance with its obligation to monitor compliance with
11 U.S.C. § 110, the United States Trustee for the Central District
of California is providing the following guidelines for non-
attorneys who prepare documents for filing in the United States
Bankruptcy Court.  Failure to comply with the following guidelines
will result in enforcement actions by the Office of the United
States Trustee.

1. A bankruptcy petition preparer may only type forms.  When a
   bankruptcy petition preparer provides services that go beyond
   the above, those services can constitute the unauthorized
   "practice of law."

2. A bankruptcy petition preparer is not an attorney and is not
   authorized to practice law.  As defined by statute and case
   law, the activities that constitute the practice of law in the
   bankruptcy court include, but are not limited to, the following:

   A. Determining when to file bankruptcy;

   B. Explaining the difference between chapters or determining
      under which chapter of the Bankruptcy Code to file a
      voluntary petition;

   C. Explaining information necessary to complete the
      bankruptcy petition;

   D. Advising debtors regarding the claiming of exemptions;

   E. Explaining or determining which debts are priority,
      secured, or unsecured;

   F. Suggesting or determining where items belong on the
      petition, based on information provided by a debtor;

   G. Preparing any pleadings other than filling out official
      forms promulgated by the United States Supreme Court or
      by the United States Bankruptcy Court of the Central
      District of California;

   H. Explaining or discussing the impact that a bankruptcy
      filing may have on an eviction or foreclosure proceeding;

   I. Explaining or discussing the impact that a bankruptcy
      filing may have on the dischargeability of debts,
      including outstanding student loans or taxes;

CCD-500

**U. S. TRUSTEE BANKRUPTCY PETITION PREPARER GUIDELINES,** page 2

    J. Explaining, discussing, or assisting a debtor with a
       reaffirmation agreement;

    K. Assisting or appearing with the debtor or on a debtor's
       behalf at the § 341(a) Meeting of Creditors;

    L. Discussing or assisting a debtor with determining whether
       a certain debt should be reaffirmed or redeemed; and

    M. Providing advice or guidance to a debtor regarding the
       actions that may or may not be taken by a creditor,
       United States Bankruptcy Trustee, United States
       Bankruptcy Court, United States Bankruptcy Judge,
       or another third party.

3. Translating documents may not necessarily be considered the
practice of law.  However, translation services provided to a
debtor should not include services listed in paragraph 2
above.

4. A petition preparer has an ongoing responsibility to disclose
to the court any fees received or compensation agreement not
previously disclosed to the court.  Within ten (10) days of
receiving additional compensation or entering into an
agreement with a debtor(s) for additional compensation, the
petition preparer shall disclose all additional fees or
compensation arrangements to the court.

5. The charge typically allowed in this district for a bankruptcy
petition preparer's services is no more than $200, including
but not limited to, any and all expenses such as photocopying,
costs of credit reports, postage and telephone charges.  The
United States Trustee may object to any fee above this amount.
A lower fee ceiling may apply to an incomplete bankruptcy
filing or any document where only limited typing is necessary.
This fee does not include the filing fee, which the debtor
must pay directly to the clerk of the bankruptcy court.  All
filing fees shall be made payable to the "United States
Bankruptcy Court," and the petition preparer must disclose the
amount of those filing fees to the debtor when the preparer
informs the debtor of the cost of his or her services.

6. Debtors have the right to file their bankruptcy documents in
person at the Bankruptcy Court or by mailing them to the
Court, consistent with the Court's procedure.  Should a
preparer assist with the physical filing of petitions with the
Court or charge a debtor for messenger or courier costs, the
U.S. Trustee may file a motion for fines under 11 U.S.C. §
110(g) and/or request that the Court order the preparer to
return those costs to the debtor.  If messenger or courier
costs are charged, the total amount for all preparer services,
excluding the filing fees, may not exceed the $200 referred to
in paragraph 5.

## U. S. TRUSTEE BANKRUPTCY PETITION PREPARER GUIDELINES, page 3

7. Before typing any document whatsoever and before accepting any money from the debtor(s), the bankruptcy petition preparer must provide a copy of these Guidelines to the debtor(s), which must be signed and dated by the debtor(s) and the bankruptcy petition preparer as provided below. The original signed copy of the Guidelines must be attached to any petition, pleading or other document filed with the court. If these Guidelines are filed with the bankruptcy petition, the U.S. Trustee suggests that it be placed in front of the mailing matrix.

8. If a bankruptcy petition preparer communicates with a debtor primarily in a language other than English, the petition preparer shall provide a copy of these Guidelines to the debtor(s) in that language.

9. A petition preparer should keep a copy of the Guidelines signed by the debtor for a period of two years from the date of signature.

10. Upon motion of a debtor, a creditor, or any party in interest, including the United States Trustee, or on the court's own motion, the fees of a bankruptcy petition preparer may be reduced at the discretion of the Court. THE U.S. TRUSTEE MAY REQUEST THAT THE COURT ORDER ALL FEES REFUNDED TO A DEBTOR WHERE THE BANKRUPTCY PETITION PREPARER HAS ACTED INCOMPETENTLY, ILLEGALLY, HAS ENGAGED IN THE UNAUTHORIZED PRACTICE OF LAW, OR HAS FAILED TO COMPLY WITH THESE GUIDELINES.

11. Anyone, including a debtor, who believes that a bankruptcy petition preparer has violated 11 U.S.C. § 110 or has given legal advice should advise the United States Trustee in writing of the circumstances.

12. These guidelines replace the Guidelines issued on July 15, 2002 and are effective March 1, 2003.

Name of Debtor(s): John Akrabian_____
*Please print or type*

I declare under penalty of perjury that I have provided a copy of these guidelines to the debtor(s) in this case.

X_____ Date: /2-/ 3-/ 0

Signature of Bankruptcy Petitioner Preparer
Lily Artiga

I declare under penalty of perjury that the above listed non-attorney bankruptcy petition preparer has provided me with a

**U. S. TRUSTEE BANKRUPTCY PETITION PREPARER GUIDELINES,** page 4

copy of these guidelines.

X _____    Date: 12/13/2010

Signature of Debtor
John Akrabian

X _____    Date: 12/13/2010

Signature of Joint Debtor (Spouse)        v. 2/25/03
Marine Akrabian

B 280
(10/05)

# United States Bankruptcy Court

_____ District Of _____

In re   John Akrabian
Marine Akrabian

                        Debtor.                    Case No. ___ _____

                                                   Chapter _____

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

*[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1.  Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For document preparation services, I have agreed to accept  ...................................................... $ _____200__

    Prior to the filing of this statement I have received  ................................................... $ _____

    Balance Due  ...................................................................................... $ _____200__

2.  I have prepared or caused to be prepared the following documents (itemize):  Typing of Voluntary petitions, schedules and Statement of Financial Affairs
    and provided the following services (itemize):  Typing Services

3.  The source of compensation to be paid to me was:

              [ x ]  Debtor              [____]  Other (specify)

4.  The source of compensation to be paid to me is:

              [  ]  Debtor               [____]  Other (specify)

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

    NAME                                          SOCIAL SECURITY NUMBER

X_____          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        12/3-10
Signature                                                        Date
  Lily Artiga                        Social Security number of bankruptcy
                                     petition preparer  (If the bankruptcy
                                     petition preparer is not an individual,
_____              state the Social Security number of the
Printed name and title, if any, of Bankruptcy    officer, principal, responsible person or
          Petition Preparer          partner of the bankruptcy petition preparer.)
Address   809 West Avenue J          (Required by 11 U.S.C. § 110.)
Lancaster, CA 93534  _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Disclosure of Compensation - (Rev. 12/03)                                         2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Attorney or Party Name, Address, and Telephone Number | FOR COURT USE ONLY |
|---|---|
| John Akrabian<br>Marina Akrabian<br>1238 W. Avenue H-6<br>Lancaster, Ca 93534-5453<br>(661) 400-5360 | |

| In re John Akrabian<br>Marine Akrabian | CASE NO.: 2:10-bk-61058-AA |
|---|---|
| | CHAPTER: 13 |
| Debtor. | Debtor Address:<br>1238 West Avenue H-6<br>Lancaster, Ca 93534 |

# DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1.  Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For document preparation services, I have agreed to accept . . . . . . . . . . $ _____ 200

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . $ _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 200

2.  I have prepared or caused to be prepared the following documents *(itemize)*: Voluntary petition, Schedules and Statement of Financial Affair and plan payment

    and provided the following services *(itemize)*: Typing Services

3.  The source of the compensation paid to me was:
    [x] debtor   [ ] Other *(specify)*:

4.  The source of compensation to be paid to me is:
    [x] debtor   [ ] Other *(specify)*:

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

_____          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
Name                                        _____
Lily Artiga                                 Complete Social Security Number

| Disclosure of Compensation - Page 2 - (Rev. 12/03) | 2003 USBC, Central District of California |
|---|---|
| In re John Akrabian<br>Marine Akrabian<br><br>Debtor. | Case No.:<br>2:10-bk-61058-AA<br><br>(If known) |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____          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          12.13.10
Signature                                               Complete Social Security Number   Date

Name (Print): Lily Artiga

Address:     809 West Avenue J

             Lancaster, Ca 93534

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

Form 19B
(10/05)

# United States Bankruptcy Court

_____ Central___ **District Of** Los Angeles _____

In re John Akrabian_____          Case No. 2:10-bk-61058-AA_____
Marine Akrabian_____
_____ _____ _____          Chapter 13 _____ _____
                    Debtor

### NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER
_[Must be filed with any document prepared by a bankruptcy petition preparer.]_

    I am a bankruptcy petition preparer. I am not an attorney and may not practice law or give legal advice. Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers. Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- concerning the tax consequences of a case brought under the Bankruptcy Code;
- concerning the dischargeability of tax claims;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;
- concerning how to characterize the nature of your interests in property or your debts; or
- concerning bankruptcy procedures and rights.

_[The notice may provide additional examples of legal advice that a bankruptcy petition preparer is not authorized to give.]_

    In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer. As required by law, I have notified you of the maximum amount, if any, before preparing any document for filing or accepting any fee from you.

Signature of Debtor          Date          Joint Debtor (if any)          Date
_[In a joint case, both spouses must sign.]_
John Akrabian                              Marina Akrabian

B19B

Form 19B Cont.
(10/05)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER (*See* 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Lily Artiga                                        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
Printed or Typed Name and Title, if any, of        Social Security No.
Bankruptcy Petition Preparer                       (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

809 West Avenue J

Lancaster, Ca 93534
Address

X _____                          12-13-10
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**

Form 19B - Page 1 - (Rev. 10/05)                                    2005 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re  John Akrabian Marine Akrabian | Case No.: 2:10-bk-61058-AA |
|---|---|
| Debtor. | (If known) |

## NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER
*[Must be filed with any document prepared by a bankruptcy petition preparer.]*

I am a bankruptcy petition preparer. I am not an attorney and may not practice law or give legal advice. Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers. Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- concerning the tax consequences of a case brought under the Bankruptcy Code;
- concerning the dischargeability of tax claims;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;
- concerning how to characterize the nature of your interests in property or your debts; or
- concerning bankruptcy procedures and rights.

*[The notice may provide additional examples of legal advice that a bankruptcy petition preparer is not authorized to give.]*

In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer. As required by law, I have notified you of the maximum amount, if any, before preparing any document for filing or accepting any fee from you.

| _____ 12/13/2010 | _____ 12/13/2010 |
|---|---|
| Signature of Debtor          Date | Joint Debtor (if any)          Date |

*[In a joint case, both spouses must sign.]*

John Akrabian                          Marine Akrabian

Form 19B - Con't- (Rev. 10/05)                                          2005 USBC, Central District of California

| In re  John Akrabian | Case No.: |
|---|---|
| Marine Akrabian | 2:10-bk-61058-AA |
| Debtor. | (If known) |

## DECLARATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Lily Artiga                                              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

Printed or Typed Name and Title, if any, of              Social Security No.
Bankruptcy Petition Preparer                             (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

809 West Avenue J

Lancaster, Ca 93534
Address

X

Signature of Bankruptcy Petition Preparer               12-13-10

                                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:  None

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)     2003 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re   John Akrabian | Case No.: 2:10-bk-61058-AA |
|---|---|
| Marine Akrabian | Chapter: 13 |
| | **STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE** |

## THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:

[X]   I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.   I paid the sum of $ 200

2.   I still owe the sum of $ 200

3.   I agreed to turn over or give a security interest in the following property:

Type of Voluntary petition, Schedules, Statement of Financial Affiars and plan payment

4.   The name of the person or the name of the firm that assisted me was:

Name: Lily Artiga

Address:  809 West Avenue J
Lancaster, Ca 93534
Telephone: 661-940-6108

[ ]   I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  Lancaster , California.

Executed on:   12/13/2010
                            Date

_Debtor_
John Akrabian

_Joint Debtor_
Marine Akrabian

CCD10021

February 2006                                              **2006 USBC Central District of California**

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re John Akrabian<br>Marine Akrabian | CHAPTER: 13 |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, <u>John Akrabian</u> _____ , the debtor in this case, declare under penalty
*(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

[X] I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

[ ] I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

[ ] I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, <u>Marine Akrabian</u> _____ , the debtor in this case, declare under penalty of
*(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

[ ] I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

[ ] I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

[X] I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date 12/13/2010          Signature _____
                                                  *Debtor*
                                           John Akrabian

Date 12/13/2010          Signature _____
                                                *Joint Debtor (if any)*
                                           Marine Akrabian

CCD-521

*Expert Automotive, Inc.*

**10090**

| Employee | | | | |
|---|---|---|---|---|
| JOHN AKRABIAN, 1238 WEST AVE H6, LANCASTER, CA 93534 | | | | |

SSN ***.**-5775  Status (Fed/State) Married/Married (one income)  Allowances/Extra Fed-4/0/CA-4/0
Pay Period: 12/06/2010 - 12/10/2010  Pay Date: 12/10/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION HOURS | 30:00 | 19.00 | 570.00 | 30,198.60 |
| BONUS | | | 0.00 | 511.80 |
| Vacation Hourly Rate | | | 0.00 | 1,520.00 |
| | | | 570.00 | 32,230.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -2.00 | -760.00 |
| Social Security Employee | -35.34 | -1,998.28 |
| Medicare Employee | -8.26 | -467.34 |
| CA - Withholding | 0.00 | -151.20 |
| CA - Disability Employee | -6.27 | -354.53 |
| | -51.87 | -3,731.35 |

| Net Pay | 518.13 | 28,499.05 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 80:00 | 0:00 |

EXPERT AUTOMOTIVE, INC., PO BOX 803, ROSAMOND, CA 93560 661 256-0405

*Expert Automotive, Inc.*

**10067**

| Employee | | | | |
|---|---|---|---|---|
| JOHN AKRABIAN, 1238 WEST AVE H6, LANCASTER, CA 93534 | | | | |

SSN ***.**-5775  Status (Fed/State) Married/Married (one income)  Allowances/Extra Fed-4/0/CA-4/0
Pay Period: 11/28/2010 - 12/04/2010  Pay Date: 12/03/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION HOURS | 23:48 | 19.00 | 452.20 | 29,628.60 |
| BONUS | | | 0.00 | 511.80 |
| Vacation Hourly Rate | | | 0.00 | 1,520.00 |
| | | | 452.20 | 31,660.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -758.00 |
| Social Security Employee | -28.03 | -1,962.94 |
| Medicare Employee | -6.56 | -459.08 |
| CA - Withholding | 0.00 | -151.20 |
| CA - Disability Employee | -4.97 | -348.26 |
| | -39.56 | -3,679.48 |

| Net Pay | 412.64 | 27,980.92 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 80:00 | 0:00 |

EXPERT AUTOMOTIVE, INC., PO BOX 803, ROSAMOND, CA 93560 661 256-0405

*Expert Automotive, Inc.*

**1005**

| Employee | | | | |
|---|---|---|---|---|
| JOHN AKRABIAN, 1238 WEST AVE H6, LANCASTER, CA 93534 | | | | |

SSN ***.**-5775  Status (Fed/State) Married/Married (one income)  Allowances/Extra Fed-4/0/CA-4/0
Pay Period: 11/22/2010 - 11/24/2010  Pay Date: 11/24/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION HOURS | 24:54 | 19.00 | 473.10 | 29,176.40 |
| BONUS | 24:54 | 1.00 | 24.90 | 511.80 |
| Vacation Hourly Rate | | | 0.00 | 1,520.00 |
| | | | 498.00 | 31,208.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -758.00 |
| Social Security Employee | -30.88 | -1,934.91 |
| Medicare Employee | -7.22 | -452.52 |
| CA - Withholding | 0.00 | -151.20 |
| CA - Disability Employee | -5.48 | -343.29 |
| | -43.58 | -3,639.92 |

| Net Pay | 454.42 | 27,568.28 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 80:00 | 0:00 |

*Expert Automotive, Inc.*

10042

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| JOHN AKRABIAN, 1238 WEST AVE H6, LANCASTER, CA 93534 | | | | | ***-**-5775 | Married/Married (one income) | Fed-4/0/CA-4/0 |
| | | | | | | Pay Period: 11/14/2010 - 11/20/2010 | Pay Date: 11/19/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION HOURS | 33:48 | 19.00 | 642.20 | 28,703.30 |
| BONUS | | | 0.00 | 486.90 |
| Vacation Hourly Rate | | | 0.00 | 1,520.00 |
| | | | 642.20 | 30,710.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -10.00 | -758.00 |
| Social Security Employee | -39.81 | -1,904.03 |
| Medicare Employee | -9.31 | -445.30 |
| CA - Withholding | -1.15 | -151.20 |
| CA - Disability Employee | -7.06 | -337.81 |
| | -67.33 | -3,596.34 |

| Net Pay | 574.87 | 27,113.86 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 80:00 | 0:00 |

EXPERT AUTOMOTIVE, INC., PO BOX 803, ROSAMOND, CA 93560 661 256-0405

*Expert Automotive, Inc.*

10027

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| JOHN AKRABIAN, 1238 WEST AVE H6, LANCASTER, CA 93534 | | | | | ***-**-5775 | Married/Married (one income) | Fed-4/0/CA-4/0 |
| | | | | | | Pay Period: 11/08/2010 - 11/12/2010 | Pay Date: 11/12/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION HOURS | 27:06 | 19.00 | 514.90 | 28,061.10 |
| BONUS | | | 0.00 | 486.90 |
| Vacation Hourly Rate | | | 0.00 | 1,520.00 |
| | | | 514.90 | 30,068.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -748.00 |
| Social Security Employee | -31.93 | -1,864.22 |
| Medicare Employee | -7.47 | -435.99 |
| CA - Withholding | 0.00 | -150.05 |
| CA - Disability Employee | -5.67 | -330.75 |
| | -45.07 | -3,529.01 |

| Net Pay | 469.83 | 26,538.99 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 80:00 | 0:00 |

EXPERT AUTOMOTIVE, INC., PO BOX 803, ROSAMOND, CA 93560 661 256-0405

*Expert Automotive, Inc.*

10012

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| JOHN AKRABIAN, 1238 WEST AVE H6, LANCASTER, CA 93534 | | | | | ***-**-5775 | Married/Married (one income) | Fed-4/0/CA-4/0 |
| | | | | | | Pay Period: 10/31/2010 - 11/06/2010 | Pay Date: 11/05/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION HOURS | 33:30 | 19.00 | 636.50 | 27,546.20 |
| BONUS | | | 0.00 | 486.90 |
| Vacation Hourly Rate | | | 0.00 | 1,520.00 |
| | | | 636.50 | 29,553.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -9.00 | -748.00 |
| Social Security Employee | -39.46 | -1,832.29 |
| Medicare Employee | -9.23 | -428.52 |
| CA - Withholding | -1.01 | -150.05 |
| CA - Disability Employee | -7.00 | -325.08 |
| | -65.70 | -3,483.94 |

| Net Pay | 570.80 | 26,069.16 |
|---|---|---|

M. AKRABIAN                 SSA# 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 / WEEK PAID        11-20-10   $450.00
CLAIM EXPIRES              10-01-11                            11-27-10   $450.00

145797

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $5047.00  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

1591763'

ALLOW 10 DAYS FOR DELIVERY OF CHECK              DETACH THIS STUB FOR YOUR RECORD

M. AKRABIAN                 SSA# 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 / WEEK PAID        11-06-10   $450.00
CLAIM EXPIRES              10-01-11                            11-13-10   $450.00

77411

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $5947.00  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

15022200

ALLOW 10 DAYS FOR DELIVERY OF CHECK.             DETACH THIS STUB FOR YOUR RECORD

M. AKRABIAN                 SSA# 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 / WEEK PAID        10-16-10   $450.00
CLAIM EXPIRES              10-01-11

40385

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $7747.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.             DETACH THIS STUB FOR YOUR RECORD

1222587'

ORANGE COUNTY CALL CENTER
PO BOX 5007
BUENA PARK CA 90622-5007

**EDD** Employment
Development
Department
State of California

Mail Date:        10/06/2010
SSN:              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

EDD Telephone Numbers:
English      1-800-300-5616
Spanish      1-800-326-8937
Cantonese    1-800-547-3506
Mandarin     1-866-303-0706
Vietnamese   1-800-547-2058
TTY          1-800-815-9387

**MARINE AKRABIAN**
**1238 W AVENUE H6**
**LANCASTER CA 93534-5453**

### NOTICE OF UNEMPLOYMENT INSURANCE AWARD

1. Claim Beginning Date:    10/03/2010    2. Claim Ending Date:              10/01/2011

3. Maximum Benefit Amount:      $8197     4. Weekly Benefit Amount:              $450

5. Total Wages:            16,393.97      6. Highest Quarter Earnings:    12,476.20

7. This item does not apply to your claim.

8. **You must look for full time work each week.** Please see your handbook, <u>A Guide to</u>
   <u>Benefits and Employment Services</u>,  DE1275A, for more information about looking
   for work.

9. This item does not apply to your claim.

| 10. Employee Name | 11. Employee Wages for the Quarter Ending: | | | | 12. Employer Name |
|---|---|---|---|---|---|
| | SEP. 2009 | DEC. 2009 | MAR. 2010 | JUN. 2010 | |
| M AKRABI | | 5,499.94 | | 3,917.77 | GUILD MORT |
| M AKRABI | | 6,976.26 | | | TRANSCONTI |
| 13. Totals: | 0.00 | 12,476.20 | 0.00 | 3,917.77 | |

### Important Information On The Reverse Of This Form

DE429/z/ Rev. 3 (2-07)

CU-PA343

B22C (Official Form 22C) (Chapter 13) (04/10)

| In re   John Akrabian and Marine Akrabian | According to the calculations required by this statement: |
|---|---|
| Debtor(s) | ☒ **The applicable commitment period is 3 years.** |
| Case number:  2:10-bk-61058-AA | ☐ **The applicable commitment period is 5 years.** |
| (If known) | ☐ **Disposable income is determined under § 1325(b)(3).** |
| | ☒ **Disposable income is not determined under § 1325(b)(3).** |
| | (Check the boxes as directed in Lines 17 and 23 of this statement.) |

## CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
## AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. REPORT OF INCOME | | | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|---|---|
| | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☒ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10.** | | | | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | | | | Column A Debtor's Income | Column B Spouse's Income |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. | | | | $0.00 | $2,615.00 |
| 3 | Income from the operation of a business, profession, or farm.       Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. Do not include any part of the business expenses entered on Line b as a deduction in Part IV. | | | | | |
| | | a. | Gross receipts | $0.00 | | |
| | | b. | Ordinary and necessary business expenses | $0.00 | | |
| | | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |
| 4 | Rent and other real property income.       Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.    Do not include any part of the operating expenses entered on Line b as a deduction in Part IV. | | | | | |
| | | a. | Gross receipts | $0.00 | | |
| | | b. | Ordinary and necessary operating expenses | $0.00 | | |
| | | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | Interest, dividends, and royalties. | | | | $0.00 | $0.00 |
| 6 | Pension and retirement income. | | | | $0.00 | $0.00 |
| 7 | Any amounts paid by another person or entity, on a regular basis, for the household expenses the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | | | | $0.00 | $0.00 |
| 8 | Unemployment compensation.       Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $0.00 | | Spouse $0.00 | $0.00 | $1,800.00 |

B22C (Official Form 22C) (Chapter 13) (04/10)   - Cont.                                                                          2

| | | | | |
|---|---|---|---|---|
| 9 | **Income from all other sources.**   Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9.  **Do not include alimony or separate maintenance payments** paid by your spouse, but include all other payments of alimony or separate maintenance. **Do not include**   any benefits received under the Social Security Act or payments received as a victim of a against humanity, or as a victim of international or domestic terrorism. | | | |
| | a. | | 0 | |
| | b. | | 0 | |
| | | | $0.00 | $0.00 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | $0.00 | $4,415.00 |
| 11 | **Total.** If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $4,415.00 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| | | |
|---|---|---|
| 12 | Enter the amount from Line 11. | $4,415.00 |
| 13 | **Marital adjustment.**   If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a. | $0.00 | |
| | b. | $0.00 | |
| | c. | $0.00 | |
| | | $0.00 |
| 14 | Subtract Line 13 from Line 12 and enter the result. | $4,415.00 |
| 15 | **Annualized current monthly income for § 1325(b)(4).**   Multiply the amount from Line 14 by the number 12 and enter the result. | $52,980.00 |
| 16 | **Applicable median family income.**   Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) a. Enter debtor's state of residence: _CALIFORNIA_   b. Enter debtor's household size: _2_ | $61,954.00 |
| 17 | **Application of § 1325(b)(4).**   Check the applicable box and proceed as directed. ☒ **The amount on Line 15 is less than the amount on Line 16.**   Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. ☐ **The amount on Line 15 is not less than the amount on Line 16.**   Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| | | |
|---|---|---|
| 18 | Enter the amount from Line 11. | $4,415.00 |
| 19 | **Marital adjustment.**   If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a. | $0.00 | |
| | b. | $0.00 | |
| | c. | $0.00 | |
| | | $0.00 |
| 20 | **Current monthly income for § 1325(b)(3).**   Subtract Line 19 from Line 18 and enter the result. | $4,415.00 |

B22C (Official Form 22C) (Chapter 13) (04/10)   - Cont.                                                                3

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $52,980.00 |
|----|---|---|
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $61,954.00 |

<table>
<tr><td rowspan="4">23</td><td colspan="2">Application of § 1325(b)(3).   Check the applicable box and proceed as directed.</td></tr>
<tr><td colspan="2">☐ The amount on Line 21 is more than the amount on Line 22.   Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.</td></tr>
<tr><td colspan="2">☒ The amount on Line 21 is not more than the amount on Line 22.   Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. Do not complete Parts IV, V, or VI.</td></tr>
</table>

## Part IV. CALCULATION OF DEDUCTIONS ALLOWED FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $ |
|----|---|---|

<table>
<tr>
<td rowspan="7">24B</td>
<td colspan="4">**National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B.</td>
<td rowspan="7"></td>
</tr>
<tr><td colspan="2">**Household members under 65 years of age**</td><td colspan="2">**Household members 65 years of age or older**</td></tr>
<tr><td>a1.</td><td>Allowance per member</td><td>a2.</td><td>Allowance per member</td></tr>
<tr><td>b1.</td><td>Number of members</td><td>b2.</td><td>Number of members</td></tr>
<tr><td>c1.</td><td>Subtotal</td><td>c2.</td><td>Subtotal</td></tr>
<tr><td colspan="4" style="text-align:right">$</td></tr>
</table>

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court). | $ |
|----|---|---|

<table>
<tr>
<td rowspan="5">25B</td>
<td colspan="2">**Local Standards: housing and utilities; mortgage/rent expense.**   Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. Do not enter an amount less than zero.</td>
<td rowspan="5"></td>
</tr>
<tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rent Expense</td><td>$</td></tr>
<tr><td>b.</td><td>Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47</td><td>$</td></tr>
<tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a.</td></tr>
<tr><td colspan="3" style="text-align:right">$</td></tr>
</table>

| 26 | **Local Standards: housing and utilities; adjustment.**   If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|----|---|---|

B22C (Official Form 22C) (Chapter 13) (04/10)   - Cont.                                                                        4

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☒ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy | $ |
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $ |

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**     Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)  ☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a in Line 28. **Do not enter an amount less than zero.** | |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**     Complete this Line only if you checked the "2 or more" Box in Line 28.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a in Line 29. **Do not enter an amount less than zero.** | |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 30 | **Other Necessary Expenses: taxes.**      Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes.   **Do not include real estate or sales taxes.** | $ |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.**      Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 32 | **Other Necessary Expenses: life insurance.**      Enter total average monthly premiums that you actually pay for term life insurance for yourself.   **Do not include premiums for insurance on your dependents, for whole life, or for any other form of insurance.** | $ |
| 33 | **Other Necessary Expenses: court-ordered payments.**      Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | $ |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 35 | **Other Necessary Expenses: childcare.**      Enter the total average monthly amount that you actually expend on childcare -- such as baby-sitting, day care, nursery and preschool.   **Do not include other educational payments.** | $ |

B22C (Official Form 22C) (Chapter 13) (04/10)   - Cont.                                                                 5

| 36 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance listed or health savings accounts listed in Line 39.** | $ |
| 37 | **Other Necessary Expenses: telecommunication services.**   Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health that of your dependents. **Do not include any amount previously deducted.** | $ |
| 38 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 24 through 37. | $ |

## Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 24-37

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**   List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
| | | a. | Health Insurance | $ | |
| | | b. | Disability Insurance | $ | |
| | | c. | Health Savings Account | $ | |
| | Total and enter on Line 39 | | | | $ |
| | If you do not actually expend this total amount, state your actual total average monthly expenditures in the space below:   $ | | | | |

| 40 | **Continued contributions to the care of household or family members.**   Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ |
| 41 | **Protection against family violence.**   Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 42 | **Home energy costs.**   Enter the average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and** | $ |
| 43 | **Education expenses for dependent children under 18.**   Enter the total average monthly expenses that you actually incur, not to exceed $147.92 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.   **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 44 | **Additional food and clothing expense.**   Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 45 | **Charitable contributions.**   Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2).   **Do not include any amount in excess of 15% of your gross monthly income.** | $ |
| 46 | **Total Additional Expense Deductions under § 707(b).**   Enter the total of Lines 39 through 45. | $ |

## Subpart C: Deductions for Debt Payment

B22C (Official Form 22C) (Chapter 13) (04/10)   - Cont.                                                                                6

| | | | | | |
|---|---|---|---|---|---|
| 47 | **Future payments on secured claims.**    For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly | | | | |

| | | Name of Creditor | Property Securing the Debt | Average Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|---|
| | a. | | | $ | ☐ Yes   ☐ No | |
| | b. | | | $ | ☐ Yes   ☐ No | |
| | c. | | | $ | ☐ Yes   ☐ No | |
| | d. | | | $ | ☐ Yes   ☐ No | |
| | e. | | | $ | ☐ Yes   ☐ No | |
| | | | | Total: Add Lines a - e | | $ |

| | | | |
|---|---|---|---|
| 48 | **Other payments on secured claims.**    If any of the debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|---|
| | a. | | | $ | |
| | b. | | | $ | |
| | c. | | | $ | |
| | d. | | | $ | |
| | e. | | | $ | $ |
| | | | | Total: Add Lines a - e | |

| | | |
|---|---|---|
| 49 | **Payments on prepetition priority claims.**    Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ |

| | | | |
|---|---|---|---|
| 50 | **Chapter 13 administrative expenses.**    Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $ |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | x |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 51 | **Total Deductions for Debt Payment.**    Enter the total of Lines 47 through 50. | $ |
|---|---|---|

| **Subpart D: Total Deductions from Income** | | |
|---|---|---|
| 52 | **Total of all deductions from Income.**    Enter the total of Lines 38, 46, and 51. | $ |

| **Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)** | | |
|---|---|---|
| 53 | **Total current monthly income.**    Enter the amount from Line 20. | $ |
| 54 | **Support Income.**  Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ |
| 55 | **Qualified retirement deductions.**    Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ |
| 56 | **Total of all deductions allowed under § 707(b)(2).**    Enter the amount from Line 52. | |

B22C (Official Form 22C) (Chapter 13) (04/10)   - Cont.                                                                                        7

<table>
<tr><td>57</td><td colspan="3"><strong>Deduction for special circumstances.</strong>    If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57.<br><br><strong>You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and</strong></td><td></td></tr>
</table>

| 57 | | Nature of special circumstances | Amount of expense | |
|----|---|--------------------------------|-------------------|---|
| | a. | | $0.00 | |
| | b. | | $0.00 | |
| | c. | | $0.00 | |
| | | | Total: Add Lines a, b, and c | $0.00 |

| 58 | **Total adjustments to determine disposable income.**    Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ |
|----|----|----|

| 59 | **Monthly Disposable Income Under § 1325(b)(2).**    Subtract Line 58 from Line 53 and enter the result. | $ |
|----|----|----|

## Part VI: ADDITIONAL EXPENSE CLAIMS

| 60 | | **Other Expenses.**   List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |
|----|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b, and c | $ |

## Part VII: VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct.   *(If this a joint case, both debtors must sign.)*<br>Date: 12/13/2010  Signature: _____ (Debtor)<br>Date: 12/13/2010  Signature: _____ (Joint Debtor, if any ) |
|----|----|

Verification of Creditor Mailing List - (Rev. 10/05)                                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Lily Artiga_

Address _809 West Avenue J Lancaster, Ca 93534_

Telephone _661-940-6108_

[ ]    Attorney for Debtor(s)

[ ]    Debtor In Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. _2:10-bk-61058-AA_ |
|---|---|
| In re  _John Akrabian_ | Chapter _13_ |
| and    _Marine Akrabian_ | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __6__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _12/13/2010_

Debtor: _John Akrabian_

Attorney (if applicable): _SctTextLabel165_

Joint Debtor: _Marine Akrabian_

John Akrabian

John Akrabian
1238 West Avenue H-6
Lancaster, Ca   93534

Marine Akrabian
1238 West Avenue H-6
Lancaster, Ca   93534

Lily Artiga
809 West Avenue J
Lancaster, Ca   93534

U. S. Trustee of the Bankruptcy Cou
221 North Figueroa Street
Los Angeles, CA   90012

John Akrabian


Advanta Bank Corporation
Acct#: 5651
11850  So. Election Dr.
Draper, UT  84020


Allstate Insruance
Acct#: -547
P. O. Box 660642
Dallas, TX  75266-0642


AMerican Express
Acct#: 2005
P. O. Box 981535
El Paso, TX  79998-1531


AMerican Express
Acct#: 1006
P. O. Box 981535
El Paso, TX  79998-1531


AMEX
Acct#: 0313
P. O. BOX 7871
Fort Lauderdale, FL  33329


Associated Recovery Systemes
A Division of ARS national Ser
P. O. Box 469046
Escondido, CA  92046-9046


Awa Collect
Acct#: 3978
P. O. Box 6605
Orange, CA  92863


Bank of America Home Loans
Acct#: 5318
P. O. Box 5170
Simi Valley, CA  93062-5170

John Akrabian

Bank of America Home Loans
Acct#: 4916
P. O. Box 5170
Simi Valley, CA   93062-5170

Bank of America Home Loans
Acct#: 703
P. O. Box 5170
Simi Valley, CA   93062-5170

Bank of America
Acct#: 636
P. O. Box  17054
Los Angeles, CA   90030-0750

Bank of America
Acct#: 9711
P. O. Box 30750
Los Angeles, CA   90030-0750

Bank of America
Acct#: 2059
P. O. Box 17054
Wilmington, DE   19884

Bank of America/Solis Financia
475 CrossPoint Parkway
P. O. Box 9000
Getzville, NY   14068-9000

California Business Bureau
Acct#: 2901
1711 So. Mountain Ave.
Monrovia, CA   91016

Certegy Payment Recover Serrvi
Acct#: 2444
11601 Roosevelt blvd.
Saint Petersburg, FL   33716

John Akrabian

Chase Charge Account
Acct#: 4131
P. O. Box 9180
Pleasanton, CA  94566

Citi
Acct#: 2035
P. O.  Box 6241
Sioux Falls, SD  57117-5943

Citi Dividend American Express
Acct#: 2599
P. O. Box 6415
The Lakes, NV  88901-6415

Discover Financial Services
Bishop White & Marshall Ps
720 Olive Way, Ste. 1301
Seattle, WA  98101

Discover Financial Services
Acct#: 1996
P. O. Box 3008
New Albany, OH  43054-3008

First National Collection Bure
Acct#: 2902
610 Waltham Way
Sparks, NV  89434

GMC Credit Services
1930 Thoreau Dr.,
St. 100
Schaumburg, IL  60173-4179

Green Tree Services,LLC
Its Affiliates and /or Assigns
345 St. Peter Street
Saint Paul, MN  55102

John Akrabian


Green Tree Services,LLC
Its Affiliates and /or Assigns
P. O. Box 979282
Miami, FL   33197-9282


KCTTC Payment Center
1115 Truxtun Avenue
2nd. Floor
Bakersfield, CA   93301-4640


Los Angeles County Tax Collect
Acct#: 3011
500 West Temple Street
Los Angeles, CA   90012


Los Angeles Superior Court
County fo Los Angeles
42011 4th. Street West
Lancaster, CA   93534


LVNV Funding, LLC
Acct#: 2599
P. O.  Box 740281
Houston, TX   77274


NCO Group Fin. Systems
Acct#: 4674
P. O. Box 182965
Columbus, OH   43218-2676


OX Collection
Direct TV


Protocol Recovery Servixces
Acct#: 2599
509 Mercer Ave.
Panama City, FL   32401-2631

John Akrabian


Reconstrust Company
1800 Tapo Canyon Rd.
CA 6-914-01-94
Simi Valley, CA   93063


Second Round LP
American Express Centurion Ban
P. O. Box 297871
Fort Lauderdale, FL   33329


Southwest Credit
4120 International Pkwy.
Ste. 1100
Carrollton, TX   75007-1958


Toyota Financial Serv
Acct#: R012
P. o. Box 22202
Owings Mills, MD   21117-1397


Toyota Motor Credit Co.
Acct#: 0001
440 E. Huntington Dr.
Arcadia, CA   91006


World Points
Bank of America
P. O. Box 15716
Wilmington, DE   19886-5716

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CENTRAL DISTRICT DIVISION

In re *John Akrabian*                                     Case No. *2:10-bk-61058-AA*
   *and*                                   Chapter *13*
   *Marine Akrabian*

_____
           **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

    ☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

    ☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

    ☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

    ☐    4. I am not required to receive a credit counseling briefing because of *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

        ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐    Active military duty in a military combat zone.

    ☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

    I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: _____

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CENTRAL DISTRICT DIVISION

In re *John Akrabian*                              Case No. *2:10-bk-61058-AA*
     and                                         (if known)
    *Marine Akrabian*

_____
                Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:

Date:   12/13/2010

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None _____

_____

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None _____

_____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Chapter 7 - No asset-  Marina Akrabian aka: Maro Dishoyan-- Case No. 1:93-bk-

23924-AG _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Lancaster_____, California.

_Debtor_ John Akrabian

Dated 12/13/2010

_Joint Debtor_ Marine Akrabian

_____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

F101521

Statement of Related Cases Information Required by
Local Bankruptcy Rule 1015-2 - *Page 2 of 3*

**F 1015-2.1**

| In re John Akrabian<br>Marine Akrabian | CASE NUMBER: |
|---|---|
| Debtor. | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____

_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

⌐ ˥ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

Statement of Related Cases Information Required by
Local Bankruptcy Rule 1015-2 - *Page 3 of 3*

**F 1015-2.1**

| In re John Akrabian<br>Marine Akrabian | CASE NUMBER: |
|---|---|
| Debtor. | |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

B 201 - Notice of Available Chapters (Rev. 12/08)                                                  USBC, Central District of California

Name: <u>John Akrabian and Marine Akrabian</u>

Address: <u>1238 W. Avenue H-6</u>

<u>Lancaster, Ca 93534</u>

Telephone: _____   Fax: _____

☐ Attorney for Debtor
☒ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>John Akrabian<br>and<br>Marine Akrabian | Case No.:<br><br>2:10-bk-61058-AA |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)                                                                                    USBC, Central District of California

2.   **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

### Chapter 7:   Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.   **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

    I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Lily Artiga
**Printed name and title, if any, of Bankruptcy Petition Preparer**
Address:
809 West Avenue J, Lancaster, Ca 93534

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

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
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

    I (We), the debtor(s), affirm that I (we) have received and read this notice.

John Akrabian
**Printed Name(s) of Debtor(s)**

Case No. (if known) 2:10-bk-61058-AA

_____ 12/13/2010
Signature of Debtor        Date

X _____ 12/13/2010
Signature of Joint Debtor (if any)    Date
Marine Akrabian