

**FILED & ENTERED**

**FEB 05 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JOHN AKRABIAN and<br>MARINE AKRABIAN,<br><br>Debtor(s). | Case No.: 2:10-bk-61058-WB<br><br>CHAPTER 7<br><br>**ORDER GRANTING EX PARTE MOTION TO REOPEN CASE**<br><br>[No hearing required] |

Upon the Ex Parte Motion to Reopen Case ("Motion") [Docket No 42] filed by the debtor Marine Akrabian ("Debtor"), and for good cause shown, it is

//
//
//
//
//
//
//
//

**ORDERED** as follows:

1. The Motion is granted.
2. This case is reopened for the limited purpose of allowing Debtor to file a motion to reinstate the automatic stay and/or a motion for contempt.
3. The motions must be pending within thirty days of the entry of this order or this case shall be closed without further notice or hearing.

###

Date: February 5, 2021

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge